IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JONATHAN SANCHEZ, | § § | |
| PLAINTIFF, | § § | |
| -VS- | § | CIVIL ACTION NO.: 2:23-cv-195 |
| CALEB POUNDS-MALICOAT, | § § § § | |
| DEFENDANT. | § | |

## **DEFENDANT'S NOTICE OF REMOVAL**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant **CALEB POUNDS-MAILICOAT** hereby removes to this Court the state court action described below.

## I.
## JURISDICTIONAL FACTS

1. On July 5, 2023, Plaintiff Jonathan Sanchez (hereinafter "Plaintiff") filed suit against Defendant Caleb Pounds-Mailicoat (hereinafter "Defendant") for negligence, seeking damages arising from a motor vehicle accident that is alleged to have occur on April 19, 2021 in Harlingen, Texas.

2. Defendant was served with citation via the Texas Department of Transportation attached hereto under Exhibit A.

3. Plaintiff's Original Petition alleges that Plaintiff, a resident of Hidalgo County, Texas, and is owed relief over "over $250,000 but less than $1,000.000" from Defendant Caleb Pounds-Malicoat, who is a citizen and resident of Illinois.

## II.
## GROUNDS FOR REMOVAL

4. This action is a civil action which may be removed to this Court by Defendant under 28 U.S.C. §§ 1441(b) and 1332(a)(1) because the district courts of the United States have original jurisdiction over all actions where, as here, the matter in controversy exceeds the sum of $75,000.00 and is between

citizens of different States. Plaintiff has pleaded an amount in controversy over the $75,000 threshold. Plaintiff seeks up to $1,000,000 in damages.

5. To determine the State citizenship of an individual requires analysis under 28 U.S.C.A. § 1332 (a)(1).

6. Defendant is a citizen of Illinois. Defendant is a member of the United Staes Military Service. Defendant is not a citizen of Texas, the State in which Plaintiff filed its action.

8. Given these facts, removal to this district court is proper based upon this Court's original jurisdiction over parties with diverse citizenship.

### III.
### TIMELINESS OF REMOVAL

9. Movant files this Notice of Removal within thirty days of having received the initial pleading on July 28, 2023, as required under the Code. 28 U.S.C. § 1446(b)(1).

### IV.
### NOTICE OF REMOVAL

10. Defendant has given notice of this Removal to Plaintiff and to the County Court at Law No. 3 of Nueces County, Texas.

### V.
### LOCAL RULE 81

12. Per Southern District of Texas Local Rule 81, a copy of the Nueces County Court Clerk's online docket report is attached hereto as Exhibit B, and a list of all parties and counsel are attached as Exhibit C. The index of matters to be filed is attached as Exhibit A.

### VI.
### CONCLUSION

For the foregoing reasons, movant Defendant hereby issues this notice of removal pursuant to this Court's diversity jurisdiction under 28 U.S.C. §1441(b) and 1332(a)(1).

Respectfully submitted,

**UPTON, MICKITS & HEYMANN, L.L.P.**
802 N. Carancahua, Suite 450
Corpus Christi, Texas 78401
(361) 698-8214
(361) 884-5291 (Fax)

By: _____
**SCOTT A. SEELHOFF** sseelhoff@umhlaw.com
State Bar No. 24035486
Federal ID: 3291001

**ATTORNEYS FOR DEFENDANT,
CALEB POUNDS-MALICOAT**

### CERTIFICATE OF SERVICE

This is to certify that on Tuesday, August 01, 2023, a true and correct copy of the foregoing document was forwarded to the following counsel of record **VIA ELECTRONIC SERVICE:**

Edgar E Garcia
Zambrano Law Firm
3900 N. 10th Street, Ste. 970
McAllen, Texas 78501

_____
**SCOTT A. SEELHOFF**